FILED
07 DEC -5 PM 3:50
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: ___ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

January 2007 Grand Jury  07CR3280 BEN

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal Case No. _____ |
| Plaintiff, | I N D I C T M E N T |
| v. | Title 21, U.S.C., Secs. 952 and 960 - Importation of Cocaine; |
| JOHNNY HERRERA, | Title 21, U.S.C., Sec. 841(a)(1) - Possession of Cocaine with Intent to Distribute |
| Defendant. | |

The grand jury charges:

Count 1

On or about November 8, 2007, within the Southern District of California, defendant JOHNNY HERRERA did knowingly and intentionally import 5 kilograms and more, to wit: approximately 12.48 kilograms (27.45 pounds) of cocaine, a Schedule II Controlled Substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952 and 960.

//
//
//
//
//

WDK:fer:Imperial
11/30/07

## Count 2

On or about November 8, 2007, within the Southern District of California, defendant JOHNNY HERRERA did knowingly and intentionally possess, with intent to distribute, 5 kilograms and more, to wit: approximately 12.48 kilograms (27.45 pounds) of cocaine, a Schedule II Controlled Substance; in violation of Title 21, United States Code, Section 841(a)(1).

DATED: December 5, 2007.

A TRUE BILL:

_/s/_
Foreperson

KAREN P. HEWITT
United States Attorney

By: _/s/ D.K._
DOUGLAS KEEHN
Assistant U.S. Attorney

2