PROOF OF SERVICE BY MAIL OR HAND DELIVERY

Case Name:   U.S. v. Herrera

No.:   07-cr 32808-BEN

I am employed in the County of San Diego, State of California. I am over the age of 18 and not a party to the within action. My business address is that of 1400 Sixth Ave., Suite #210, San Diego, California  92101

I am not a party to the above-entitled action. I have cause service of Defendant's Motion for Discovery  by electronically filing the foregoing with the Clerk of the District Court using the ECF System, which electronically notifies them:

Carlos Arguello
Assistant United States Attorney

Executed on  January 24, 2008  at San Diego, California.

I declare under penalty of perjury that the above is true and correct.

    /s/   Russell S. Babcock
        Russell S. Babcock