1 | **RUSSELL S. BABCOCK**
California State Bar No. 99130
2 | Certified Specialist, Criminal Law
State Bar of California Board of Legal Specialization
3 | LAW OFFICES OF RUSSELL S. BABCOCK
1400 Sixth Avenue, Ste. 210B
4 | San Diego, California 92101
Russbab@aol.com
5 | (619) 531-0887

6 | Attorneys for Defendant,
**JOHNNY HERRERA**

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR. NOS 07CR-3280-BEN |
| Plaintiff, | STIPULATION AND ORDER TO CONTINUE HEARING |
| v. | |
| JOHNNY HERRERA, | |
| Defendant. | |

Comes now the defendant, Johnny Herrera, through counsel, and hereby requests to continue the motion hearing previously set for February 4, 2008 to March 3, 2008 at 2:00 p.m.

Counsel for the government, concurs in this motion.

Respectfully submitted,

Dated: January 31, 2008        /s/ *Russell S. Babcock*
Russell S. Babcock
Attorney for Rodrigo Murillo

I consent to the continuance of the hearing date.

Dated: January 31, 2008        /s/ *Carlos Arguello*
Carlos Arguello
Assistant United States Attorney

1
2 DECLARATION OF RUSSELL S. BABCOCK

3   I, Russell S. Babcock, declare:

4   1.  I am the attorney for defendant..

5   2.  That the motion hearing was previously scheduled for February 4, 2008 before this Court.

6
7   3.  That declarant and the government need additional time to reach a disposition in this case.

8
9   4.  I have notified the Assistant United States Attorney assigned to this case, Carlos Arguello, of the new proposed date and he has no objection to the continuance.

10
11
12
13   I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct except as to matters stated on information and belief and as to those matters I believe them to be true.  This declaration was executed in San Diego, California,  January 31, 2008

14
15
16
17
18                    /s/ *Russell S. Babcock*
19                    RUSSELL S. BABCOCK
                      Attorney for Herrera
20

- 2 -