PROOF OF SERVICE BY MAIL OR HAND DELIVERY

Case Name:  **United States v. Herrera**

No.:    07-3280-BEN

   I am employed in the County of San Diego, State of California.  I am over the age of 18 and not a party to the within action.  My business address is that of 1400 Sixth Ave., Suite #210, San Diego, California  92101

I am not a party to the above-entitled action.  I have cause service of Motion for Downward Departure   by electronically filing the foregoing with the Clerk of the District Court using the ECF System, which electronically notifies them:

Carlos Arguello
Assistant U.S. Attorney


    Executed on  January 31, 2008 at San Diego, California.

    I declare under penalty of perjury that the above is true and correct.

                                            */s/ Russell S. Babcock*
                                               Russell S. Babcock